**F I L E D**
CLERK, U.S. DISTRICT COURT

6/28/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONY MICHAEL MALCOLM,<br><br>　　　　Defendant. | No. 8:23-cr-00088-HDV<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A):<br>Engaging in the Business of<br>Dealing in Firearms Without a<br>License] |

The Grand Jury charges:

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or about February 12, 2020, and continuing until at least on or about August 12, 2021, in Orange County, within the Central District of California, defendant ANTHONY MICHAEL MALCOLM, not being licensed as an importer, manufacturer, or dealer in firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms on or about the following dates:

///

///

| DATE | FIREARM(S) |
|------|-----------|
| February 12, 2020 | A Glock-style 9mm semi-automatic pistol of an unknown make and model, bearing no serial number; |
| March 11, 2020 | A Glock-style 9mm semi-automatic pistol of an unknown make and model, bearing no serial number; |
| June 3, 2021 | A Glock-style 9mm semi-automatic pistol of an unknown make and model, bearing no serial number; |
| August 12, 2021 | A Glock-style 9mm semi-automatic pistol of an unknown make and model, bearing serial number AFWF469; <br><br> A Glock-style 9mm semi-automatic pistol of an unknown make and model, bearing serial number AFWF614. |

A TRUE BILL

**/s/**

_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office

2